WILLIAM M. Ross, as Administrator of AMELIA ESTEY, Deceased, Respondent, *v.* SECKEL BRONNER, Appellant.

*Ross* v. *Bronner,* 82 Hun, 614, affirmed.
(Argued March 16, 1897; decided April 20, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered December 14, 1894, which affirmed a judgment in favor of plaintiff's intestate entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*William Nottingham* for appellant.

*William M. Ross,* respondent, in person.

Judgment affirmed, with costs; no opinion.
All concur, except ANDREWS, Ch. J., not voting, and MARTIN, J., not sitting.

---

MARY A. PIDGEON, as Administratrix of PATRICK J. PIDGEON, Deceased, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Pidgeon* v. *Long Island R. R. Co.,* 87 Hun, 43, affirmed.
(Argued March 19, 1897; decided April 20, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered May 16, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*William C. Beecher* for appellant.

*Frederic A. Ward* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.